UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:20CR25 |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| JONATHAN PEREZ | ) | **OF COUNSEL** |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court as counsel for the government in the above-referenced case.

RESPECTFULLY SUBMITTED this the 5th day of October, 2022.

> Dena J. King
> United States Attorney
>
> s/Christopher S. Hess
> Assistant United States Attorney
> N.C. Bar No. 27890
> 100 Otis Street
> Asheville, NC 28801
> Telephone: 828-271-4661
> Fax: 828-271-4670
> E-mail: christopher.hess@usdoj.gov