IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:20CR25 |
| | ) | |
| v. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| JONATHAN PEREZ | ) | |
| | ) | |
| _____ | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshal, Western District of North Carolina, Asheville, North Carolina
TO:    Chief Jailer, Gordon County Detention Center, 2700 US 41 N, Calhoun, Georgia

**IT IS ORDERED** that you have the body of Jonathan Perez, W/M, DOB 03/14/2000,

detained in the Gordon County Detention Center, under safe and secure conduct, brought before

the Honorable W. Carleton Metcalf, United States Magistrate Judge, Western District of North

Carolina, at the courtroom in the city of Asheville, North Carolina, FORTHWITH, on or before

 2/3/2025    at 10:00  a.m., to make an initial appearance before the Court on charges now

pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return

Defendant to the Gordon County Detention Center, under safe and secure conduct, after the

disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service,

the Gordon County Detention Center, and the United States Attorney.

Signed: January 7, 2025

        SO ORDERED.

W. Carleton Metcalf
United States Magistrate Judge